UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| PAVELLE MICHELLE LEE, | ) Civil Action Number: 1:19-cv-2013-MGL |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI,[1] | ) |
| Acting Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 22nd day of September 2021, it is hereby, ORDERED that Plaintiff, Pavelle Michelle Lee, is awarded attorney fees in the amount of Four Thousand, Eight Hundred Dollars ($4,800.00) under 28 U.S.C. § 2412(d) of the EAJA. These attorney fees will be paid directly to Plaintiff, Pavelle Michelle Lee, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                    s/Mary Geiger Lewis
                    _____
                    Honorable Mary Geiger Lewis
                    United States District Judge

September 22, 2021
Columbia, South Carolina